UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIA MARTINEZ, an individual; and ABIGAIL ROBINSON, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>LAS VEGAS SANDS CORP., a Nevada corporation; VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; and LAS VEGAS SANDS, LLC, a Nevada limited liability company d/b/a Venetian Resort Casino and Palazzo Resort Hotel Casino,<br><br>Defendants. | Case No. 2:17-cv-02859-MMD-NJK<br><br>*related cases*<br>2:17-cv-02841-APG-VCF<br>2:17-cv-02848-APG-CWH<br><br>REASSIGNMENT ORDER |

The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge pursuant to Local Rule 42-1(b). Additionally, transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

Accordingly, it is hereby ordered that Case No. 2:17-cv-02859-MMD-NJK is reassigned to District Judge Andrew P. Gordon, and all future pleadings must bear case number 2:17-cv-02859-APG-NJK.

DATED THIS 27th day of November 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE